```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                  :
                                          :         20-CR-434 (VEC)
         -against-                        :
                                          :         ORDER
STALIN SANTANA PERDOMO,                   :
                                          :
                              Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on August 25, 2020, the Court held an arraignment and change-of-plea hearing via teleconference;

   WHEREAS Mr. Perdomo waived indictment and pleaded guilty to one count of illegal reentry pursuant to an Information; and

   WHEREAS the Court has ordered an expedited presentence investigation and report;

   IT IS HEREBY ORDERED THAT an in-person sentencing hearing is scheduled for **October 19, 2020, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions are due by **October 5, 2020**.

**SO ORDERED.**

**Dated: August 26, 2020**
       **New York, NY**

                                            _____
                                            **VALERIE CAPRONI**
                                            **United States District Judge**