```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA            :
                                    :       20-CR-434 (VEC)
         -against-                  :
                                    :       ORDER
STALIN SANTANA PERDOMO,             :
                                    :
                        Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS sentencing is scheduled in this case for October 19, 2020, at 11:00 a.m.; and

   WHEREAS that time is no longer convenient for the Court;

   IT IS HEREBY ORDERED THAT an in-person sentencing hearing is scheduled for **October 27, 2020, at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Dated: October 8, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**